**UNITED STATES DISTRICT COURT**
**EASTERN  DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Jimenez Magana, Edgar Otoniel<br><br>                      Petitioner,<br><br>       v.<br><br>William Joyce, Acting New York Field Office Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General.<br><br>                    Respondents. | Civil Action No. 2:26-cv-00835<br><br>**Proposed Summons Rider** |

To: (Defendant's name and address):

1.  William Joyce
    Acting New York Field Office Director
    Immigration and Customs Enforcement
    U.S. Department of Homeland Security
    26 Federal Plaza, 9th Floor, Suite 9-110
    New York, NY 10278

2.  Kristi Noem
    Secretary
    U.S. Department of Homeland Security
    2707 Martin Luther King Jr. Ave., SE
    Washington DC 20528

3.  Pamela Bondi
    U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530