UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JIMENEZ MAGANA, EDGAR OTONIEL

|  |  |
|---|---|
| Petitioner, | Civil Action No. |
|  | No. 26-cv-00835 |
| v. | (Bulsara, J.) |

WILLIAM JOYCE, et. al.

Respondents.
------------------------------------------------------------------x

### DECLARATION OF MICHAEL F. DAMIANO

Pursuant to 28 U.S.C §1746, I, Michael F. Damiano hereby declare under penalty of perjury that the following is true and correct:

1. I am an acting Supervisory Detention and Deportation Officer ("SDDO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I started as a Deportation Officer on June 21, 2009 and served in the capacity as SDDO on January 12, 2026. I am familiar with certain DHS procedures relating to the processing, removal, detention, and parole of aliens. I have access to DHS and ICE files, records, and databases maintained in the ordinary course of DHS business, including records regarding Petitioner Jimenez Magana, Edgar Otoniel ("Petitioner") who is assigned Alien Number 202 021 113.

2. I have prepared this declaration in connection with a Petition for a Writ of Habeas Corpus filed by the Petitioner, a native and citizen of El Salvador. The following representations are based on my review of Petitioner's administrative records, consultation with my colleagues, and ICE electronic records and databases.

3. Petitioner entered the United States at an unknown place and time without encountering U.S. immigration officials.

4. On February 11, 2026, at approximately 6:12 a.m., ICE officers observed the target, a different subject, enter into the passenger side of a vehicle also containing the Petitioner. They conducted a vehicle stop, during which they identified themselves as ICE officers and asked Petitioner for his identification. He provided a NYS identification. Record checks determined that Petitioner had no legal status in the United States and he was placed under arrest at approximately 6:15 a.m, pursuant to an I-200 Warrant for Arrest.

5. Petitioner was taken to processing offices at Nassau County Correctional Center ("NCCC"). During processing he was served with a Notice to Appear ("NTA") and the form I-200 Warrant for Arrest of Alien, attached hereto as Exhibit A and B. Petitioner was placed under arrest and detained pursuant to Immigration and Nationality Act ("INA") § 235(b)(2)(A), 8 U.S.C. 1225(b)(2)(A). Thereafter he was transferred to NCCC.

6. On February 12, 2026, he was transferred to Delaney Hall in Newark New Jersey.

7. On February 13, 2026, ICE was ordered to release Petitioner by District Court Judge Bulsara by 12:00 p.m. on February 14, 2026.

8. At 1010 hours, on February 14, 2026, Petitioner was released from Delaney Hall.

New York, New York
This 13th Day of February, 2026



MICHAEL F DAMIANO
Digitally signed by MICHAEL F DAMIANO
DN: cn=MICHAEL F DAMIANO, o=U.S. Government, ou=People, email=Michael.F.Damiano@ice.dhs.gov, c=US

_____
Michael F. Damiano
Acting Supervisory Detention and Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security

DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

DOB: 01/19/1997

Event No: CIP2602000159

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: 401500895

FINS: 1173140836

File No: 2▮▮▮▮▮▮▮

In the Matter of:

Respondent: EDGAR OTONIEL JIMENEZ MAGANA

_____ currently residing at:

100 29th St Brooklyn, NEW YORK 112321503

(Number, street, city, state and ZIP code)

(631) 579-4955

(Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of EL SALVADOR and a citizen of EL SALVADOR;

3. You entered the United States at or near unknown place, on or about unknown date;

4. At that time you arrived at a time or place other than as designated by the Attorney General.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

201 VARICK ST, 5TH FL RM 507, NEW YORK, NEW YORK 10014. NEW YORK VARICK

(Complete Address of Immigration Court, including Room Number, if any)

on __February 23, 2026__ at __9:00 am__ to show why you should not be removed from the United States based on the
(Date)                        (Time)

charge(s) set forth above.    _____  J 4879 JOHN - (A) SDDO
                                                  (Signature and Title of Issuing Officer)

Date: __February 11, 2026__  _____  East Meadow, NY

                                                  (City and State)

DHS Form I-862 (6/22)

Page 1 of 3

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at www.uscis.gov/i-589. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
(Signature of Respondent)

_____
(Signature and Title of Immigration Officer)

Date: _____

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on **February 11, 2026**, in the following manner and in compliance with section 239(a)(1) of the Act.

[X] in person    [ ] by certified mail, returned receipt # _____ requested    [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the **English** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
*Refused*
(Signature of Respondent if Personally Served)

_____
A 4254 MARTONE - Deportation Officer
(Signature and Title of officer)

DHS Form I-862 (6/22)

Page 2 of 3

## Privacy Act Statement

**Authority:**

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

DHS Form I-862 (6/22)

Page 3 of  3

Event No: CIP2602000159

Subject ID: ▮▮▮▮▮▮

DEPARTMENT OF HOMELAND SECURITY

FINS #: ▮▮▮▮▮▮

**NOTICE OF RIGHTS AND REQUEST FOR DISPOSITION**

Name: EDGAR OTONIEL JIMENEZ MAGANA

File No: ▮▮▮▮▮

## NOTICE OF RIGHTS AND ADVISALS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing before a judge in Immigration Court, you may be detained, or you may be eligible to be released from detention, either with or without payment of bond.

You have the right to contact an attorney or other legal representative to represent you at your hearings, or to answer any questions regarding your legal rights in the United States. The officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officers from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

In the alternative, you may request to return to your country as soon as possible, without a hearing. If you choose to return to your country, you may lose the opportunity to apply for certain immigration benefits or forms of relief from removal that are only available to people present within the United States. If you choose to return to your country, you may change your mind and instead request a hearing before a judge in Immigration Court at any time before your departure from the United States. You should let an immigration officer know immediately if you change your mind.

If you have been in the United States without legal status for one year or more and choose to return to your country, you will be unable to legally return to the United States for ten years, unless you obtain a waiver. If you have been in the United States without legal status for more than 180 days but for less than one year and choose to return to your country, you will be unable to legally return to the United States for three years, unless you obtain a waiver. You may apply for a waiver only if you have a spouse or parent who is a U.S. citizen or lawful permanent resident.

## REQUEST FOR DISPOSITION

_____ I request a hearing before the Immigration Court to determine whether I may remain in the United States.
Initials

_____ I believe I face harm if I return to my country. My case will be referred to the Immigration Court for a hearing.
Initials

_____ I admit that I am illegally in the United States, and I do not believe that I face harm if I return to my country.
Initials  I give up my right to a hearing before the Immigration Court. I wish to return to my country as soon as arrangements can be made to effect my departure. I understand that I may be held in detention until my departure.

_Refused_                                    _02/11/26_
Signature of Subject                          Date

## CERTIFICATION OF SERVICE

[X] Notice read by subject.  EDGAR OTONIEL JIMENEZ MAGANA

[ ] Notice read to subject by _____, in the SPANISH _____ language.

MARTONE, A 4254        Deportation Officer
_____         _____
Name of Officer (Print)                          Name of Interpreter (Print)

_____         February 11, 2026  10:21 AM
Signature of Officer                             Date and Time of Service

DHS Form I-826 (9/14)                                                    Page 1 of 1

**U.S. DEPARTMENT OF HOMELAND SECURITY**     **Warrant for Arrest of Alien**

File No. ▆▆▆▆▆▆▆▆

Date: 2/11/2026

**To:**  Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that JIMENEZ MAGANA, Edgar is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

M. Damiano (a) SDDO
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at East Meadow, NY
(Location)

on Jimenez Magana, Edgar on 02/11/26 , and the contents of this
(Name of Alien)              (Date of Service)

notice were read to him or her in the English language.
(Language)

_____        none
Name and Signature of Officer          Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)