Jaime H. Castiblanco, Esq.
305 Broadway, Suite 1203
New York, NY 10007

February 19, 2026

**<u>Via ECF</u>**
Honorable Judge Sanket J. Bulsara
The Alphonse M. D'Amato
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: *Jimenez Magana v. Joyce et al.,* No. 2:26-cv-00835-SJB

Dear Judge Bulsara:

Petitioner, through undersigned counsel, files this letter in response to the Court's request to provide for the basis of the statement that petitioner "is the beneficiary of an approve U-Visa as a derivative," and any additional details about Petitioner's legal status.

In response, petitioner submits a copy of the Form I-797A Notice of Action, Type: Approval Notice, Class: U3, Section: Child of U1.

Counsel is evaluating petitioner's immigration case to determine the appropriate course of action and eligibility for any other immigration benefits.

Petitioner thanks the Court for its consideration of this matter.

Respectfully submitted,

Jaime H. Castiblanco
Attorney for the Petitioner
305 Broadway, Suite 1203
New York, NY 10007
(212) 349- 8051

Attachment